# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0704, <u>Lenzi Construction & Remodeling, LLC v. David Lafond</u>, the court on July 20, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The plaintiff, Lenzi Construction & Remodeling, LLC, appeals an order of the Circuit Court (<u>Crocker</u>, J.) on its small claim against the defendant, David Lafond.  The plaintiff contends that the trial court erred by not awarding it late fees and attorney's fees.  However, the record before us does not reflect that it requested the trial court to award it either of these fees.

It is a long-standing rule that parties may not have judicial review of issues they did not raise in the trial court.  <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004).  It is the plaintiff's burden on appeal to provide a record that is sufficient to decide the issues it is raising and to demonstrate that it raised those issues in the trial court.  <u>Id</u>.  Absent a transcript, we assume the evidence was sufficient to support the result reached by the trial court.  <u>Id</u>.  In this case, we note that the plaintiff's small claim complaint did not include a claim for late fees or attorney's fees.  The plaintiff has not supplied a transcript of the hearing before the trial court.  Thus, we cannot determine what evidence was offered or what arguments were raised.  <u>See</u> <u>Bean</u>, 151 N.H. at 250.  Therefore, we assume that the evidence was sufficient to support the trial court's determination.  <u>Id</u>.  We review the trial court's order for errors of law only, <u>see</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 397 (1997), and find none.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**